TRULINCS  11639021 - THOMAS, FELICIA - Unit: TAL-A-S

--------------------------------------------------------------------------------

FROM: 11639021
TO:
SUBJECT: UNITED STATES DISTRICT COURT
DATE: 06/10/2016 10:54:00 AM

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JUN 24  AM 10: 10

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

OF 11TH DISTRICT OF GEORGIA

FELICIA THOMAS 11639-021
DEFENDANT
vs
UNITED STATES
PLAINTIFF

CASE # _CR303 - 00012 - 001_

MOTION FOR SENTENCE REDUCTION

HERE COMES NOW DEFENDANT FELICIA THOMAS 11639-021 PRO SE. DEFENDANT SEEKS RELIEF UNDER
JOHNSON vs UNITED STATES. DEFENDANT BELIEVE THAT HER OFFENCE QUALIFIES FOR THE RELIEF SOUGHT.
DEFENDANT IS REQUESTING A DOWNWARD DEPARTURE OF HER ORIGINAL SENTENCE.

RESPECTFULLY,

FELICIA THOMAS 11639-021, PRO SE

```
TALB8              *      INMATE EDUCATION DATA        *      06-18-2016
PAGE 001           *           TRANSCRIPT             *      14:31:02

REGISTER NO: 11639-021    NAME..: THOMAS              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: TAL-TALLAHASSEE FCI

------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
TAL  ESL HAS    ENGLISH PROFICIENT       03-09-2005 1936 CURRENT
TAL  GED HAS    COMPLETED GED OR HS DIPLOMA 03-04-2005 0001 CURRENT

-------------------------- EDUCATION COURSES --------------------------
SUB-FACL    DESCRIPTION                 START DATE  STOP DATE EVNT AC LV HRS
TAL F       ACE BASIC COMPUTER SKILLS   05-23-2016 CURRENT
TAL F       KNITTING THUR 6:30-8:30 PM  05-23-2016 CURRENT
TAL F       NEW BELIEVERS REL SVC       11-02-2015 06-18-2016  P   C  P   12
TAL F       BOUNDRIES                   08-26-2014 06-18-2016  P   C  P   70
TAL F       KNITTING THUR 6:30-8:30 PM  02-01-2016 03-21-2016  P   C  P   11
TAL F       JOB RESOURCE FAIR           11-06-2015 11-06-2015  P   C  P    2
TAL F       WELLNESS CLASS AM           08-10-2015 10-04-2015  P   C  P   16
TAL F       BEGINNER'S AEROBICS         07-22-2015 09-09-2015  P   C  P    8
TAL F       BASIC INTRO TO WELLNESS     07-20-2015 09-09-2015  P   C  P    8
TAL F       NEEDLPOINT                  06-15-2015 08-04-2015  P   C  P    9
TAL F       KNITTING THUR 6:30-8:30 PM  06-15-2015 08-03-2015  P   C  P   11
TAL F       CROCHETING 1, MON 6-8 PM    06-17-2015 08-05-2015  P   C  P   11
TAL F       LATIN RYTHM AEROBICS CLASS  04-20-2015 05-26-2015  P   C  P    4
TAL F       RPP #6 NON-RESIDENTIAL RDAP 02-25-2015 05-19-2015  P   W  I    8
TAL F       CROCHETING 1, MON 6-8 PM    02-04-2015 03-25-2015  P   C  P   11
TAL F       KNITTING THUR 6:30-8:30 PM  02-02-2015 03-23-2015  P   C  P   11
TAL F       NEEDLPOINT                  02-07-2015 03-28-2015  P   C  P    9
TAL F       DRAWING 2, SUN.1-3PM        02-07-2015 03-28-2015  P   C  P   11
TAL F       BUS EDVT ADVANCED COMPUTER APS 05-27-2014 10-02-2014  P   C  C  325
TAL F       DRAWING 1, SUN.1-3PM        07-19-2014 09-06-2014  P   C  P   11
TAL F       KNITTING THUR 6:30-8:30 PM  06-08-2014 07-28-2014  P   C  P   11
TAL F       ACE CONVERSATIONAL SPANISH  04-16-2014 06-06-2014  P   C  P   12
TAL F       ACE SPELLING                04-16-2014 06-06-2014  P   C  P    8
TAL F       JOB RESOURCE FAIR           05-01-2014 05-01-2014  P   C  P    2
TAL F       AIDS AWARE RPP#1            03-11-2014 03-11-2014  P   C  P    1
DAN F       START YOUR BUSINESS 6-8     10-18-2013 12-03-2013  P   C  P   16
DAN F       MEDICAL TERMINOLOGY         08-05-2013 09-26-2013  P   C  P   15
DAN F       NUTRITION CLASS             07-13-2013 07-20-2013  P   W  V    1
WAS F       BASIC SPANISH-WED 6-8 PM;RPP6 06-07-2011 06-07-2011  P   W  V    1
WAS F       ACE: FDIC MONEY SMART PART 2 05-17-2011 06-10-2011  P   W  V    1
WAS F       REC CLS:CORE SOFTBALL CONDITNG 05-20-2011 05-20-2011  P   C  P    1
WAS F       ACE CLS: PUBLIC SPEAKING    03-10-2011 04-28-2011  P   C  P   10
WAS F       ACE: JOB READINESS CLASS    04-04-2011 04-25-2011  P   C  P    8
WAS F       ACE CLASS: FDIC'S MONEY SMART 03-29-2011 04-26-2011  P   C  P   10
WAS F       RPP 6:VICTIM IMPACT GROUP   10-27-2010 12-29-2010  P   C  P   20
WAS F       REC CLASS: HUMAN ANATOMY    10-08-2010 11-19-2010  P   C  P    6
WAS F       REC: WELLNESS CLASS         10-18-2010 11-15-2010  P   C  P    4
WAS F       ACE: INTRO TO BUSINESS MGMT 1 07-12-2010 08-09-2010  P   C  P   10
WAS F       ACE:ACCOUNTING I CLS;RPP2   07-06-2010 08-10-2010  P   C  P   12
WAS F       ACE CLS:  HOLIDAY FILM STUDY 12-10-2009 01-07-2010  P   C  P    8

G0002       MORE PAGES TO FOLLOW . . .
```

```
TALB8              *        INMATE EDUCATION DATA        *      06-18-2016
PAGE 002 OF 002 *                TRANSCRIPT              *      14:31:02

REGISTER NO: 11639-021       NAME..: THOMAS                 FUNC: PRT
FORMAT.....: TRANSCRIPT       RSP OF: TAL-TALLAHASSEE FCI
```

```
---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL    DESCRIPTION                START DATE  STOP DATE EVNT AC LV  HRS
WAS F       NRDAP CLASS:NEW START (RPP6)  01-05-2010 01-26-2010  P   C  P     8
WAS F       ACE:INTRO TO SMALL BSNS;RPP 3 01-20-2010 01-25-2010  P   W  V     2
HAZ F       RPP (RN) AIDS AWARENESS       07-13-2009 07-13-2009  P   C  P     1
HAZ F       (PG) CULINARY PHASE 1, 600 HRS 01-03-2009 04-16-2009 P   C  M   600
HAZ F       (PG)SFF ORIGAMI               02-15-2009 03-22-2009  P   C  P     6
HAZ F       (PG)CULINARY EXPLORATORY 70HR 12-16-2008 01-02-2009  P   C  E    70
HAZ F       (PG)HACCP FOOD SAFETY CRS 4HRS 01-20-2009 01-21-2009 P   C  P     4
HAZ F       (PG) CHEF TALK 12 HRS ACE CRS 01-05-2009 01-07-2009  P   C  P    12
DAN F       INDUSTRY SOLDERING - ACE      11-20-2007 12-17-2007  P   C  P    12
DAN F       CARDIO AEROBICS               11-01-2007 11-29-2007  P   C  P    16
DAN F       VT CULINARY ARTS PRGM PHASE 1 08-07-2007 08-14-2007  P   W  I    70
DAN F       SANITATION/SAFETY/REC. & STORE 08-07-2007 08-14-2007 C   C  P     0
DAN F       CULINARY ARTS EXPLORATORY     07-17-2007 08-06-2007  P   C  E    70
DAN F       CUL.EXPL.DIN.ROOM.ETIQUETTE   07-30-2007 08-06-2007  C   C  P     0
DAN F       CUL.EXPL.SALAD,MAIN ENTREE    07-25-2007 07-30-2007  C   C  P     0
DAN F       CUL.EXPL.SANITATION MAINT     07-20-2007 07-24-2007  C   C  P     0
DAN F       CUL.EXPL.INTRO TO FOOD SERVICE 07-17-2007 07-19-2007 C   C  P     0
TAL F       ACE SPELLING M/W/F 9-10:30A   09-06-2006 04-13-2007  P   C  P    18
TAL F       COOK/BUTCHER APPRENTICE       06-08-2006 12-26-2006  P   C  M  3000
TAL F       RPP#6 LEARNING TO TRUST WKBK  11-27-2006 12-13-2006  P   C  P     3
TAL F       RPP6WOMENS ISS. RELATIONSHIPS 12-04-2006 12-13-2006  P   C  P     3
TAL F       BUS EDVT WP7/TYP/ENG/MATH PM  12-01-2005 07-21-2006  P   C  C   360
TAL F       ACE BASIC REAL ESTATE FRI 6-7P 04-04-2005 05-20-2005 P   C  P    12
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

Special legal
mail

30950339355

MS Felicia Thomas 11639-021
Federal Correctional Institution
501 Capital Circle N.E.
Tallahassee, FL 33301

TALLAHASSEE FL 323
22 JUN 2016 PM 3 T



◇11639-021◇
Federal Justice Center
600 General Delivery
Augusta, GA 30903
United States